and *Norton J. Come* for National Labor Relations Board, and *Gerhard P. Van Arkel* and *George Kaufmann* for Charleston Typographical Union No. 43, respondents.

No. 265. CHARLES TOWN, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *George T. Altman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Gilbert E. Andrews* and *Albert J. Beveridge III* for respondent.

No. 269. SOLITE CORP. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *T. Howard Spainhour* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Grant W. Wiprud* and *Thomas L. Stapleton* for the United States.

No. 274. K. B. & J. YOUNG'S SUPER MARKETS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Ralston Lercara Courtney* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 292. REINACH *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Jerome Kamerman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Harry Baum* and *Elmer J. Kelsey* for respondent.

No. 297. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *P. Walter Jones* for petitioner. *Solicitor General Marshall* for the United States.

No. 299. BORDEN CABINET CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Arthur C. Nordhoff* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Nor-*